P. STEPHANIE ESTEVEZ, ESQ.
LAW OFFICES OF SPINA, KORSHIN & WELDEN
EMPLOYEES OF GOVERNMENT EMPLOYEES INSURANCE COMPANY
170 Froehlich Farm Blvd., Woodbury, New York 11797
516-496-5822
Writer's Direct Line: 516-714-7354

August 30, 2012

Hon. Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 13 2012 ★
BROOKLYN OFFICE

Re: Government Employees Insurance Co. et al. vs Excel Imaging, P.C. et al.
Civil Court Docket No.: 12-CV-723 (JBW)(RLM)

Your Honor:

I am pleased to report that this matter has been settled and that a confidential agreement has been fully executed by all parties.

The parties are working to fulfill certain conditions associated with the settlement which we expect to be completed within the next two weeks. At that point, we will be filing a stipulation of dismissal, without prejudice, in accordance with the parties' agreement. The Court's attention to this matter is appreciated. Thank you.

Respectfully submitted,

P. Stephanie Estevez (PE3505)
Law Offices of Spina, Korshin & Welden
170 Froehlich Farm Blvd.
Woodbury, N.Y. 11797
Telephone: 516-496-5822
Direct: 516-714-7354
Facsimile: 866-953-5356

All Counsel via ECF.

Close the case
So Ordered

Jack B. Weinstein
Sr. U.S.D.J.   9/4/2012